No. 62, Misc. MORGAN *v.* OHIO. Appeal from the Supreme Court of Ohio. Motion for leave to proceed *in forma pauperis* granted. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits and case transferred to appellate docket. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Ann Fagan Ginger* and *Thelma C. Furry* for appellant.

No. 173, Misc. ST. ELMO ET AL. *v.* CAMPBELL, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *George W. Crank* and *Harry G. Fins* for petitioners. *John C. Melaniphy* and *Sydney R. Drebin* for the Neighborhood Redevelopment Commission of the City of Chicago, and *William H. Dillon* for the South West Hyde Park Neighborhood Redevelopment Corporation.

No. 278. FRANK *v.* MARYLAND. Appeal from the Criminal Court of Baltimore, Maryland. Probable jurisdiction noted. *Benjamin Lipsitz* for appellant. *C. Ferdinand Sybert,* Attorney General of Maryland, and *James H. Norris, Jr.,* Special Assistant Attorney General, for respondent.

No. 329. NATIONAL LABOR RELATIONS BOARD *v.* CABOT CARBON CO. ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott, Dominick L. Manoli* and *Fannie M. Boyls* for petitioner. *M. Truman Woodward, Jr.* and *Richard C. Keenan* for respondents.